IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,
    Petitioner,

vs.                                        Case No.: 4:17cv109/WS/EMT

WALT McNEIL, SHERIFF,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner filed a third amended habeas petition, pursuant to 28 U.S.C. § 2254 (ECF No. 29). By order of this court on May 11, 2017, Petitioner was given thirty (30) days in which to submit two service copies of his third amended petition for service upon Respondent and the Florida Attorney General (*see* ECF No. 32). Petitioner failed to respond to the court's order; therefore, on June 29, 2017, the court issued an order requiring Petitioner to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 38). The time for compliance with the show cause order has now elapsed and Petitioner has failed to provide the court with the service copies.[1]

---

[1] Petitioner filed a notice of change of address with the court on June 16, 2017 (*see* ECF No. 36). The clerk of court sent the show cause order to Petitioner's new address, but it was subsequently returned to the court marked, "Return to Sender—Not Deliverable as Addressed" (*see* ECF No. 39).

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 4th day of August 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.