UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    Petitioner,

v.                                    4:17cv109–WS/EMT

WALT McNEIL, SHERIFF,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 40) docketed August 4, 2017. The magistrate judge recommends that the plaintiff's case be dismissed for failure to comply with an order of the court. The plaintiff has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 40) is hereby

ADOPTED and incorporated by reference in this order.

 2. The plaintiff's complaint and this action are DISMISSED for failure to comply with an order of the court.

 3. The clerk shall enter judgment stating: "All claims are dismissed."

DONE AND ORDERED this  __2nd__  day of  __October__ , 2017.


        <u>s/ William Stafford</u>
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE